Louis L. Kurtz, OSB #760353
lou@kfjllp.com
Kurtz, Ford & Johnson, LLP
400 East 2nd Avenue, Ste 101
Eugene, OR 97401
Telephone (541) 484-1273
Facsimile (541) 683-1815
Attorney for Defendants

FILED 10 MAR 02 12:12US DC-ORE

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ERNEST SZEREMI,

    Plaintiff,

  v.

ODELL LAKE RESORT, LLC and
JOHN DITGEN,

    Defendants.

No. CV 09-6247-AA

**STIPULATED GENERAL
JUDGMENT OF DISMISSAL**

BASED UPON the stipulation of counsel endorsed hereon, it is hereby

ORDERED AND ADJUDGED that this case be, and the same hereby is, dismissed with

prejudice and without costs.

DATED this ___1___ day of ___March___, 2010.

           _____
           Ann Aiken, Presiding Judge

**IT IS SO STIPULATED:**

_____
Paul L. Breed, OSB #831612
Attorney for Plaintiff

KURTZ FORD & JOHNSON, LLP

_____
Louis L. Kurtz, OSB #760353
Attorney for Defendants

PAGE 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL